LINK:

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 13-3630 GAF (FFMx) | Date | December 3, 2013 |
|---|---|---|---|
| Title | ThermoLife International LLC v. Redefine Nutrition LLC | | |

| Present: The Honorable | **GARY ALLEN FEESS** | | |
|---|---|---|---|
| Stephen Montes Kerr | None | | N/A |
| Deputy Clerk | Court Reporter / Recorder | | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: | |
| None | | None | |

**Proceedings:**         **(In Chambers)**

### ORDER REQUESTING ADDITIONAL MATERIALS

  Currently pending before the Court is Defendant's motion for summary judgment. (Docket No. 24 [Mot. for Summ. Judgment].) Plaintiff has opposed that motion, and has also requested that the Court stay proceedings pending the outcome of a reexamination of the patent at issue in this case. (Docket No. 27 [Opp. to Mot. for Summ. Judgment].) In support of its application for a stay, Plaintiff indicated that it had attached the request for reexamination, including it with a supporting declaration. (Docket No. 27-2 [Kramer Decl.].)

  However, there is no attachment to that declaration, and the only copy of the request for reexamination currently in the Court's possession came from Defendant. (Docket No. 28-5 [Reply Br., Ex. 4].) In light of the possibility that Plaintiff may have additional material, which it intended to include with its Opposition, the Court hereby **ORDERS** Plaintiff either to submit a complete copy of the request for reexamination or to indicate that it has no further material to provide to the Court. Plaintiff shall comply with this Order by close of business Thursday, December 4, 2013.

  **IT IS SO ORDERED.**